*CR 22-233 NEB/JFD*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | |
| ) | 18 U.S.C. § 922(g)(1) |
| v. ) | 18 U.S.C. § 924(a)(2) |
| ) | |
| CHRIS O'BRIEN SHAW, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of a Firearm)

On or about November 19, 2020, in the State and District of Minnesota, the defendant,

**CHRIS O'BRIEN SHAW,**

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Felony Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Assault, 3rd Degree, Substantial Bodily Harm | Hennepin County, MN | May 4, 2016 |
| Simple Robbery | Hennepin County, MN | May 6, 2016 |
| Prohibited Person in Possession of Firearm | Hennepin County, MN | July 13, 2009 |
| Receiving Stolen Property | Hennepin County, MN | March 30, 2009 |
| Drugs, 5th Degree, Possession | Anoka County, MN | January 11, 2008 |



SCANNED
SEP 1 5 2022
U.S. DISTRICT COURT ST. PAUL

United States v. Shaw

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm—that is, a Smith and Wesson model Bodyguard .380 caliber semi-automatic pistol, bearing serial number EBB6351—all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in or used in the commission of Count 1, including, but not limited to, a Smith and Wesson, Bodyguard, .380 caliber semi-automatic pistol, bearing serial number EBB6351, and any ammunition and accessories seized therewith.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY               FOREPERSON